**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02963-WJM-SKC

JOHN MEGGS, et al.,

      Plaintiffs,

vs.

MCR DENVER SOUTH TENANT, LLC,

      Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between the Plaintiffs, John Meggs and Access 4 All, Inc., and Defendant, MCR Denver South Tenant, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted this 3rd day of February, 2022.

| | |
|---|---|
| */s/ Jon G. Shadinger, Jr.* | */s/ Louis Leonard Galvis* |
| Jon G. Shadinger, Jr., Esq. | Louis Leonard Galvis |
| Shadinger Law, LLC | Sessions Israel & Shartle |
| 717 E. Elmer Street, Suite 7 | 65010 Solar Road |
| Vineland, NJ 08360 | Montrose, CO 81403-8718 |
| Phone (609) 319-5399 | Phone (070) 218-9086 |
| Fax (314) 898-0423 | Fax (504) 828-3737 |
| js@shadingerlaw.com | lgalvis@sessions.legal |
| *Attorney for Plaintiffs,* | *Attorneys for Defendant,* |
| *John Meggs and Access 4 All, Inc.* | *MCR Denever South Tenant, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 3rd day of February 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.